ACCEPTED
07-14-00335-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
12/29/2014 11:58:11 AM
Vivian Long, Clerk

## IN THE SEVENTH DISTRICT COURT OF APPEALS
## FOR THE STATE OF TEXAS

**RAUL CONSTANCIO** §

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
12/29/2014 11:58:11 AM
VIVIAN LONG
CLERK

**VS.** § **NO. 07-14-00335-CR**

**THE STATE OF TEXAS** §

_____

### STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

_____

**TO THE HONORABLE COURT OF APPEALS**:

The State of Texas, Appellee, moves the Court to extend the time for filing the State's brief in the above numbered cause and in support shows the Court as follows:

**I**.

The due date for filing the State's brief is December 31, 2014. Pursuant to Rule 10.5(b) of the Rules of Appellate Procedure, the State respectfully requests a thirty (30) day extension of time to file its response to Appellant's Brief.

**II**.

The State has requested no prior extension of time to file its brief.

**III**.

The State's request for an extension of time to file its brief is based upon several different matters. The undersigned attorney has filed one appellate brief

1

within the past month (*State of Texas v. Hayden Huse*, PD-0433-14, filed December 17, 2014), as well as a supplemental brief (*Sammy Vidales v. State of Texas*, No. 07-13-00286-CR, filed December 18, 2014) and a response to a Motion to Set Bail (*Jacinto Santos v. State of Texas*, No. 07-14-00116-CR, filed December 22, 2014). Additionally, the undersigned attorney was out of the office from December 23-28, 2014, and will be out of the office for the rest of this week (December 30, 2014-January 4, 2015).

## IV.

The extension in this cause is necessary for the State to have sufficient time to properly evaluate the entire record, research all issues adequately, and prepare its response to Appellant's Brief. It is not being requested for purposes of undue delay.

**WHEREFORE,** the State respectfully requests that the Court extend the time for filing the State's brief in this cause until February 2, 2015.

Respectfully submitted,

**MATTHEW D. POWELL**
Criminal District Attorney
State Bar No. 00784782


By: /s/ Jeffrey S. Ford
Jeffrey S. Ford
Assistant Criminal District Attorney
Lubbock County, Texas
State Bar No. 24047280
P.O. Box 10536
Lubbock, Texas 79408

2

(806) 775-1166
FAX (806) 775-7930
E-Mail: JFord@co.lubbock.tx.us

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing State's Motion for Extension of Time has been delivered to Allison Clayton, Attorney for Appellant, by e-mail to Allison@AllisonClaytonLaw.com on December 29, 2014.

**MATTHEW D. POWELL**
Criminal District Attorney
State Bar No. 00784782


By: /s/ Jeffrey S. Ford
Jeffrey S. Ford